Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*

Jordan D. Segall, SBN 281102
**Munger, Tolles & Olson LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: 213.683.9208
jordan.segall@mto.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ERMENEGILDO ZEGNA CORPORATION, a New York corporation; and DOES 1 to 10, inclusive,<br>　　　　　　　Defendants. | Case No.: 2:20-cv-00917-JFW-E<br><br>*Assigned for all purposes to Hon. John F. Walter*<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brett DeSalvo and Defendant Ermenegildo Zegna Corporation stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses.

**IT IS SO STIPULATED.**

DATED: April 10, 2020             Respectfully submitted,
                                  WILSHIRE LAW FIRM


                                  By: /s/ Thiago Coelho
                                  _____
                                  Bobby Saadian
                                  Thiago Coelho
                                  Attorneys for Plaintiff,
                                  Brett DeSalvo


DATED: April 10, 2020             MUNGER, TOLLES & OLSON, LLP


                                  By: /s/ Jordan D. Segall
                                  _____
                                    Jordan D. Segall
                                  *Attorney for Defendant*

---

JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ileana S. Ortiz, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 10, 2020                By:  /s/ Ileana S. Ortiz
                                              Ileana S. Ortiz